IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PAULINE HARVEY, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:08-CV-143 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on April 3, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court. The case is accordingly remanded for action consistent with the Magistrate's Recommendation.

    IT IS SO ORDERED, this 8th day of May, 2009.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE